MARGOLIS EDELSTEIN
Bruce E. Barrett, Esquire (6125)
216 Haddon Avenue
P. O. Box 92222
Westmont, New Jersey 08108
856-858-7200
Attorneys for Defendant

27950.1-0001/BEB/jlm

| | | |
|---|---|---|
| Plaintiff, | ) | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY |
| INTERSTATE AERIALS, LLC | ) | |
| vs. | ) | Civil Action No. 1:08-cv-00242-JHR-AMD |
| Defendant, | ) | CIVIL ACTION |
| COLONY NATIONAL INSURANCE COMPANY | ) | ORDER OF DISMISSAL WITH PREJUDICE |
| | ) | |

This matter having been submitted to the Court by way of a Stipulation of Dismissal with prejudice as to any and all claims; and the Court having noted the consent of the parties to the Stipulation of Dismissal with prejudice; and for good and sufficient cause;

IT IS on this 6th day of August, 2008 ORDERED that the Complaint of plaintiff is hereby dismissed with prejudice and without costs.

_____, J.U.S.D.C.

The parties, having amicably adjusted the dispute and litigation among themselves, hereby stipulate and agree to the dismissal of the Complaint together with any and all crossclaims, with prejudice and without costs.

| | |
|---|---|
| WARD SHOEMAKER<br>Attorneys for Plaintiff | MARGOLIS EDELSTEIN<br>Attorneys for Defendant |
| By: _____<br>MARK B. SHOEMAKER | By: _____<br>BRUCE E. BARRETT |
| Dated: 7/31/08 | Dated: 8/4/08 |